GEORGE B. RICHARDS & another *vs.* WILLIAM F. SMITH & Trustee.

On appeal to this court from a judgment of the court of common pleas, charging a trustee in foreign attachment, who has disclosed in his answer an assignment to a claimant, if the record does not show facts establishing the validity of the assignment, the judgment must be affirmed.

APPEAL by Henry M. Richards, summoned as trustee, and Jesse F. Richards, claimant, from the judgment of the court of common pleas, charging the trustee. The papers on which the case was submitted to this court consisted only of the claim of Jesse F. Richards of all moneys in the hands of the trustee, as having been assigned to him by the defendant on the 19th of April 1856, which was before the date of this process; and of the trustee's answer under oath, stating that at the time of the service of this process upon him a certain sum was due from

him to the defendant, for which he had since given his due bill
to Jesse F. Richards, upon the latter's presenting to him the fol-
lowing assignment: " In consideration of a debt I owe Jesse F.
Richards, be it known that I, William F. Smith, of Attlebo-
rough, do hereby transfer and set over to said Jesse F. Richards
all demands that I hold against Henry M. Richards, or that the
said Henry M. Richards now owes me to this date, and I do
empower the said Jesse F. Richards to collect the same.  Dated
this nineteenth day of April, 1856.   W. F. Smith."

*J. Daggett & C. B. Farnsworth*, for the plaintiffs.

*C. I. Reed*, for the trustee and claimant.   The facts show a
valid assignment of the fund to the claimant.   And if his claim
is not properly before the court on this appeal, or even if he has
failed to maintain his claim, the trustee is still entitled to be dis-
charged on his answer.   *Taylor* v. *Collins*, 5 Gray, 50, note.

By the Court.   An appeal lies from the court of common
pleas, only for error in law apparent on the face of the record.
*St.* 1840, *c.* 87, § 4.   And this record does not state facts enough
to show either the claimant's right to the fund, or the trustee's
right to be discharged.  We must presume that evidence was
not given to the court of common pleas, which proved the
validity of the assignment to the claimant; or that other evi-
dence was given, which showed that the assignment was
invalid.

In the case of *Taylor* v. *Collins*, 5 Gray, 50, note, the trustee's
answer disclosed a valid assignment for good consideration ; the
court of common pleas defaulted the claimant, but discharged
the trustee ; the plaintiff, by his appeal, opened the whole case
in this court ; and this court necessarily discharged the trustee.

*Trustee charged.*